UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROCHELLE BEAULIEU,<br><br>        **Plaintiff,**<br><br>v.<br><br>INGRAM & ASSOCIATES, LLC, a Tennessee limited liability company,<br><br>        **Defendant.** | CIVIL ACTION NO.:<br>2:14-CV-01940-NJB-KWR<br><br>SECTION: G<br><br>JUDGE: NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE: KAREN WELLS ROBY |

### JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Rochelle Beaulieu, and defendant, Ingram & Associates, LLC ("Ingram"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against Ingram with each side to bear its own fees and costs.

On January 30, 2015, the Court entered an Order dismissing this matter *without* prejudice, with the right to re-open. The parties file the instant stipulation to confirm that the dismissal should be *with* prejudice.

Dated this 2nd day of April, 2015.

/s/ *Keren E. Gesund, Esq.*
Keren Gesund, Esq. (No. 34397)
Gesund Law Offices, LLC
166 Country Club Drive
New Orleans, Louisiana 70124
Counsel for Plaintiff
Rochelle Beaulieu

/s/Michael D. Alltmont
Michael D. Alltmont, Esq. (No. 32318)
Sessions Fishman Nathan & Israel, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Counsel for Defendant
Ingram & Associates, LLC